02-11-203-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00203-CV

 

 


 
 
 Tamara Marshall
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Deutsche Bank National Trust Company as Trustee for
 Morgan Stanley ABS Capital 1 Inc., and Saxon Mortgage Services, and Mann
 & Stevens, P.C. as Substitute Trustee
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 342nd District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On
October 20, 2011, we notified appellant that her brief had not been filed as
required by Texas Rule of Appellate Procedure 38.6(a).  See Tex. R.
App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution
unless appellant or any party desiring to continue this appeal filed with the
court within ten days a response showing grounds for continuing the
appeal.  See Tex. R. App. P. 42.3.  We have not received any
response.

Because
appellant's brief has not been filed, we dismiss the appeal for want of
prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant
shall pay all costs of this appeal, for which let execution issue.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.  

 

DELIVERED: 
November 23, 2011  

 











[1]See Tex. R. App. P. 47.4.